UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

ANGELICA SANCHEZ BRIONES,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; JASON KNIGHT, Field Office Director, ICE Salt Lake City Field Office; KENNETH PORTER, Field Office Director, ICE Boise Field Sub-Office; STEVE ANDERSON, Sheriff, Jefferson County, Idaho,

Respondents.

Case No. 4:26-cv-00250-AKB

**JUDGMENT**

In accordance with the Order entered concurrently herewith (Dkt. 12), **IT IS ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Petitioner. The Clerk is directed to close this case.

**DATED:** May 08, 2026

Amanda K. Brailsford

Amanda K. Brailsford
U.S. District Court Judge